AO 91 (Rev 11/11) Criminal Complaint

SEALED   FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

MAY 15 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____BG_____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br><br>PEYTON MCBRIDE<br><br>*Defendant(s)* | Case No. 7:23-mj-1126-RJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 24, 2023  in the county of  Sampson  in the  Eastern  District of  North Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) | Distribution of a quantity of cocaine |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.


Complainant's signature

Stacey Van Der Westhuizen, S.A. A.T.F.
*Printed name and title*

On this day, **Stacey Van Der Westhuizen** appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: May 15 2023

City and state:  Wilmington, North Carolina

Judge's signature

Robert B. Jones, Jr, United States Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stacey Van Der Westhuizen, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the ATF and have been so employed since 2014. Currently, I am assigned to the Charlotte Field Division. As an ATF Agent, I have attended training at the Federal Law Enforcement Training Center in Brunswick, Georgia. I have been trained in conducting investigations into violations of the Federal firearms laws, the Controlled Substances Act, and other violations of Federal law, including gang, and violence-related offenses. As a result of my assignments, I have received specialized training in the field of firearms and drug investigations. In addition, I have a Bachelor of Science in Criminal Justice Administration from Middle Tennessee State University, and a Master of Science in Criminal Justice from The University of Tennessee at Chattanooga.

2. I have spent the last eight years investigating drug crimes and weapon offenses in the Middle District of Alabama, the Middle District of Tennessee, and currently the Eastern District of North Carolina. As a part of my official duties as a Special Agent with ATF, I investigate criminal violations of federal firearms and narcotics laws, including, but not limited to, Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm), Title 21, United States Code, Section 841(a)(1) (Possession with the Intent to Distribute a Controlled Substance) and 846 (Conspiracy), and Title 18 United States Code, Section 924(c) (Possession of a Firearm in Connection with a Drug Trafficking Crime), and other criminal offenses.

3. In the course of my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics and the organization of narcotics conspiracies. In the course of conducting these investigations, your Affiant has been

involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting undercover operations, including undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search warrants.

4. I have led and/or assisted in over twenty methamphetamine trafficking investigations, one RICO investigation, three Title III narcotics investigations, and multiple OCEDTF investigations involving various illegal narcotics trafficking. In my investigative duties, I have worked in an undercover capacity, interacted with criminals, solicited illegal services, and purchased semi-automatic firearms and NFA (National Firearms Act) weapons. Consequently, I have become familiar with the routines, methods, and practices of individuals involved in criminal activity.

## PROBABLE CAUSE

5. This affidavit is submitted in support of a Criminal Complaint and arrest warrant for Peyton McBRIDE, for the offense of distributing a quantity of cocaine in violation of Title 21, United States Code, Section 841(a)(1).

6. The facts contained within this affidavit are based on first-hand knowledge, my training and experience, information learned from other agents who assisted with this investigation, and information learned from local law enforcement officers. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussion with other agents of the ATF and other law enforcement agencies, and from my review of records and reports relating to the investigation. This affidavit is intended to show merely that there is

sufficient probable cause for the arrest of McBRIDE and does not set forth all of my knowledge about this matter.

7. The described event occurred in Sampson County, which is located in the Eastern District of North Carolina, and is a part of a larger investigation into a Drug Trafficking Organization that traffics controlled substances and firearms throughout the Eastern District of North Carolina.

8. On February 24, 2023, the Sampson County Sheriff's Office (SCSO) Special Investigation Division (SID) utilized a confidential informant (CI) to conduct a controlled purchase of approximately 7.2 grams of cocaine from Peyton McBRIDE at 447 Sampson Acres Drive, Clinton, North Carolina.

9. The CI contacted McBRIDE at phone number (910) 596-7881 attempting to purchase seven grams of cocaine. SCSO Investigators provided $410.00 in SID funds to the CI.

10. The CI traveled to 447 Sampson Acres Drive in Clinton and via electronic surveillance, agents saw that he/she arrived at the target residence. McBRIDE met the CI outside and got into his/her vehicle. The CI handed McBRIDE $300.00 in SID funds and in exchange the CI took the bag of cocaine from McBRIDE'S hand. The CI then departed to a secure location to meet SID agents.

11. Agents took into custody approximately 7.5 grams of cocaine from the CI. A field test was administered which yielded a positive field test result for the presence of cocaine.

12. In each of the transactions described herein, routine reliability procedures were utilized by SCSO SID agents and assisting officers. These procedures include, but are not limited to the following:

    a. Searching the CI and the CI's vehicle before and after each transaction to

ensure no contraband was present;

b. Audio and Video recording equipment issued to the CI to capture the transaction;

c. Physical surveillance is initiated once the CI dispatches from law enforcement's facility and is maintained to the extent practicable for the duration of the purchase;

d. The CI travels to the purchase, and returns directly from the purchase;

e. Once the CI has returned to law enforcement, any contraband is recovered and the CI is debriefed; and

f. Law enforcement reviews any recordings to ensure each purchase aligns with the CI's summary.

13. These procedures were followed in February 2023, in the purchases described herein where McBRIDE distributed cocaine to the CI.

14. Because these policies were followed, the C.I. and law enforcement were able to identify McBRIDE as the sole individual who distributed cocaine to the CI on February 24, 2023 through CI debriefing, live surveillance, and the controlled buy recordings.

[Remainder of Page Left Blank]

## CONCLUSION

15. Based on the forgoing investigation, I have probable cause to believe Peyton McBRIDE is in violation of Title 21 United States Code Section 841(a)(1).

*[signature]*
Special Agent Stacey Van Der Westhuizen
A.T.F. SA, Wilmington Office

On this day, *Stacey Van De Westhui2* appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit in accordance with Fed. R. Crim. P. 4.1.

*[signature]*
Honorable Robert B. Jones, Jr.
United States Magistrate Judge