UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:23-CR-56-2D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| | ) |
| PEYTON MCBRIDE, | ) |
| Defendant | ) |

Upon motion of court appointed counsel, M. Tayloe Hill, III, it is hereby ORDERED that

attorney M. Tayloe Hill, III is allowed to withdraw as attorney of record in this case for the above

referenced defendant, and that new counsel be appointed by the Federal Public Defender's Office.

This the ___2___ day of April, 2024

James C. Dever III
United States District Judge