FILED: July 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4008
(7:23-cr-00056-D-BM-2)

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

PEYTON MCBRIDE,

       Defendant - Appellant.

O R D E R

    Peyton McBride seeks to appeal his 180-month sentence imposed following his guilty plea to conspiracy to distribute and possess with intent to distribute methamphetamine, cocaine, fentanyl and heroin; and distribution of cocaine. The Government has moved to dismiss the appeal as barred by McBride's waiver of the right to appeal included in the plea agreement. Upon review of the record, we conclude that McBride knowingly and voluntarily waived his right to appeal and that the issue McBride seeks to raise on appeal falls squarely within the scope of his

waiver of appellate rights. Accordingly, we grant the Government's motion to dismiss.

    Entered at the direction of the panel: Judge Niemeyer, Judge Agee, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk
